UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FABIO RAMOS-CERDA,

               Plaintiff,                                  JUDGMENT

   - against -                               11-CV-2695 (RRM) (LB)

CITY OF NEW YORK, CORRECTION
OFFICER WILLIE YOUNG, CAPTAIN
MCKENZIE, CORRECTION OFFICER
JUAKENNIA ROSS, CAPTAIN GERMAIN
TURNBALL, CAPTAIN LILLIAN BENBOW,
and JOHN and JANE DOES 1-10,
               Defendants.
----------------------------------------------------------X

      An Order of the undersigned having been issued this day adopting the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated March 15, 2013, and dismissing plaintiff's claims with prejudice; it is

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; the amended complaint is dismissed with prejudice; and that this case is hereby closed.


Dated: Brooklyn, New York
       April 4, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge