UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FABIO RAMOS-CERDA,

                Plaintiff,

- against -

CITY OF NEW YORK, CORRECTION
OFFICER WILLIE YOUNG, CAPTAIN
MCKENZIE, CORRECTION OFFICER
JUAKENNIA ROSS, CAPTAIN GERMAIN
TURNBALL, CAPTAIN LILLIAN BENBOW,
and JOHN and JANE DOES 1-10,
                Defendants.
----------------------------------------------------------X

JUDGMENT

11-CV-2695 (RRM) (LB)

     An Order of the undersigned having been issued this day adopting the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated March 15, 2013, and dismissing plaintiff's claims with prejudice; it is

     ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; the amended complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Brooklyn, New York
       April 4, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge